IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 4:13-00380-01-CR-W-BP |
| v. ) | |
| ) | Date: Thursday, November 12, 2020 |
| MICHAEL A. LOPEZ, ) | |
| ) | |
| Defendant. ) | |

## MINUTE SHEET

The Honorable Beth Phillips, presiding at Kansas City, Missouri

Nature of Proceeding:  Final Revocation Hearing

Time commenced:  10:01 a.m.     Time terminated:  10:11 a.m.

## APPEARANCES

Plaintiff's counsel:  David Barnes, AUSA
Defendant's counsel:  Lesley Smith, AFPD
Probation officer:  Dan Zander

Type of Supervision: Supervised Release.  Most Serious Grade Violation: A.  Criminal History Category: IV.
Revocation Range: 24 months.

[10:01 AM]  **PROCEEDINGS IN COURTROOM:**  Stipulates to violating the mandatory and standard conditions of release reflected in the Violation Reports dated 02/04/2020 and 03/13/2020 w/ the exception of the 1st mandatory condition of release reflected in the Violation Report dated 03/13/2020 due to pending charges.

The Court hereby REVOKES the defendant's supervised release.

SENTENCE:  The Court hereby orders the defendant to serve the following term of incarceration with the FBP:  **20 months on count 1.**

**NO SUPERVISED RELEASE TO FOLLOW.**

Defendant advised of right to appeal and remanded to the custody of the U.S. Marshal.

Court Reporter:  Katie Wirt                    Courtroom Deputy:  LaTandra Wheeler